# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FREDRIC GYGI,

        Plaintiff,

v.

        No. 2:19-cv-00461-KRS-GBW

CITY OF ARTESIA; DON RALEY;
JUAN REYES; and LINDELL SMITH,

        Defendants.

## FINAL JUDGMENT

Having dismissed with prejudice Plaintiff's complaint in an Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment is entered and this matter is **DISMISSED WITH PREJUDICE**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by consent