# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**FREDRIC GYGI,**

    **Plaintiff,**

**v.**                                    **No. CIV 19-461 KRS/GBW**

**CITY OF ARTESIA, a New Mexico
municipal corporation, and DON RALEY,
JUAN REYES and LINDELL SMITH,
in their individual and official capacities,**

    **Defendants.**

### STIPULATED ORDER EXTENDING
### DEADLINE FOR PLAINTIFF'S NOTICE OF APPEAL

This matter having come before the Court on Plaintiff's Unopposed Motion for an Extension of Time to File Notice of Appeal, the Court having considered the motion and being fully advised in the premises, finds it to be well taken. Now, therefore,

**IT IS ORDERED** that Plaintiff's Unopposed Motion for an Extension of Time to File Notice of Appeal, [Doc. 24] be, and hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Notice of Appeal from the Court's Judgment [Doc. 23] shall be filed on or by January 6, 2020.

_____
**HON. KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
(SITTING BY CONSENT)**

SUBMITTED:


By:     */s/ Philip B. Davis*
        Philip B. Davis
        Nicholas T. Davis
        Thomas R. Grover
        *Counsel for Plaintiff Fredric Gygi*


APPROVED AS TO FORM:

 *Approved via email on 12/03/19*
Richard E. Olson
*Counsel for Defendants*